| | | |
|---|---|---|
| | AUSA: Gjon Juncaj | Telephone: (313) 348-8174 |
| AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture  Special Agent: | David Jacobs | Telephone: (313) 919-1509 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| In the Matter of the Seizure of *(Briefly describe the property to be seized)* Any and all of the cryptocurrency Bitcoin as further described on Attachment A | ) ) ) ) ) | Case: 2:22−mc−50764-1 Assigned To : Drain, Gershwin A. Assign. Date : 4/13/2022 In re: SEALED MATTER (MAW) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ Eastern _____ District of _____ Michigan _____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

Any and all of the cryptocurrency Bitcoin as further described on Attachment A

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before  April 27, 2022
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to the presiding United States Magistrate Judge on duty         .
       *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   April 13, 2022   1:01 pm         *Elizabeth A. Stafford*
                                                            *Judge's signature*

City and state:   Detroit, MI               Elizabeth A. Stafford           U. S. Magistrate Judge
                                                  *Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:22-mc-50764-1 | Date and time warrant executed:<br>4/14/2022 at 8:52 AM | Copy of warrant and inventory left with:<br>Coinbase Inc. |
| Inventory made in the presence of:<br>N/A | | |

Inventory of the property taken:

Approximately 34.5 bitcoin (BTC) from Coinbase account 61b39773817ceblad3108ee0 held in the name of Ayobami Abiodun Akande.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/22/22

*Executing officer's signature*

SA David S. Jacobs

*Printed name and title*

## Attachment A

Any and all of the cryptocurrency Bitcoin stored in or accessible via the account at Coinbase, bearing the User ID **61b39773817ceb1ad3108ee0**, **HELD IN THE NAME OF Ayobami Abiodun Akande, ASSOCIATED WITH abiodunayobami790@GMAIL.COM** with permission to serve the warrant electronically followed by original service.